UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR SEX TRAFFICKING BY FORCE, FRAUD, AND COERCION, COERCING AND ENTICING ANOTHER TO TRAVEL INTERSTATE FOR PROSTITUTION, CONCEALING AND HARBORING ALIENS FOR PRIVATE GAIN, AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-44-JWD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1591(a)(1) |
| | : | 18 U.S.C. § 1591(a)(2) |
| JOSMAR JESUS ZAMBRANO-CHIRINOS, | : | 18 U.S.C. § 1591(b)(1) |
| OSLEIDY VANESA CHOURIO DIAZ, | : | 18 U.S.C. § 1594(a) |
| AND ALLBERT HERRERA MACHADO | : | 18 U.S.C. § 1594(d) |
| | : | 18 U.S.C. § 2422(a) |
| | : | 18 U.S.C. § 2428(a) |
| | : | 18 U.S.C. § 2 |
| | : | 8 U.S.C. § 1324(a)(1)(A)(iii) |
| | : | 8 U.S.C. § 1324(a)(1)(A)(v)(II) |
| | : | 8 U.S.C. § 1324(a)(1)(B)(i) |
| | : | 8 U.S.C. § 1324(b)(1) |
| | : | 18 U.S.C. § 981(a)(1)(C) |
| | : | 18 U.S.C. § 982(a)(6)(A) |
| | : | 28 U.S.C. § 2461 |
| | : | 21 U.S.C. § 8536 |
| | : | 18 U.S.C. § 982(b) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(SEX TRAFFICKING BY FORCE, FRAUD, AND COERCION)

Between February 2024 and April 26, 2024, both dates being approximate and inclusive, within the Middle District of Louisiana and elsewhere, **JOSMAR JESUS ZAMBRANO-CHIRINOS, OSLEIDY VANESA CHOURIO DIAZ,** and **ALLBERT**

1

HERRERA MACHADO, defendants herein, aiding and abetting each other, did knowingly and intentionally (1) recruit, entice, harbor, transport, provide, and obtain, and attempt to recruit, entice, harbor, transport, provide and obtain, by any means, Victim 1 and Victim 2, both individuals whose identities are known to the Grand Jury, in and affecting interstate commerce; and (2) benefit financially and by receiving a thing of value, and attempt to benefit financially and by receiving a thing of value, from participation in a venture engaged in acts described in (1) above, knowing that force, fraud and coercion would be used to cause such persons to engage in a commercial sex act.

The above is a violation of Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), 1594(a), and 2.

## COUNT TWO
(COERCING AND ENTICING ANOTHER TO TRAVEL INTERSTATE FOR PROSTITUTION)

On or about April 18, 2024, in the Middle District of Louisiana and elsewhere, the defendants **JOSMAR JESUS ZAMBRANO-CHIRINOS** and **OSLEIDY VANESA CHOURIO DIAZ**, aiding and abetting each other, did knowingly persuade, induce, entice, and coerce Victim 1 to travel in interstate commerce, that is, from El Paso, Texas to Baton Rouge, Louisiana, to engage in prostitution in Baton Rouge, in violation of Title 14, Louisiana Revised Statutes, Section 82.

The above is a violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT THREE
### (CONCEALING AND HARBORING ALIENS FOR PRIVATE GAIN)

In or about April 2024, in the Middle District of Louisiana, the defendant **ALLBERT HERRERA MACHADO**, knowing and in reckless disregard of the fact that aliens, namely Victim 1 and Victim 2, had come to, entered, and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection, and did conceal such aliens in buildings and other places for the purpose of commercial advantage and private gain, and did aid and abet the commission of the same.

The above is a violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

The allegations of this Indictment are re-alleged and fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which one or more of the defendants has an interest.

Upon conviction of the offense charged in Count One of this Indictment, the defendants, **JOSMAR JESUS ZAMBRANO-CHIRINOS**, **OSLEIDY VANESA CHOURIO DIAZ**, and **ALLBERT HERERRA MACHADO**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of any violation of Title 18, United States Code, Section 1591(a)(1) and (2),

and any property traceable to such property, and any property, real or personal, which constitutes or is derived from proceeds traceable to any such violation.

Upon conviction of the offense charged in Count Two of this Indictment, the defendants, **JOSMAR JESUS ZAMBRANO-CHIRINOS** and **OSLEIDY VANESA CHOURIO DIAZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2428(a), and Title 28, United States Code, Section 2461, any property, real or personal, used or intended to be used, to commit or to facilitate the commission of any violation of Title 18, United States Code, Section 2422(a), and any property, real or personal, that constitutes or is derived from proceeds traceable to any violation of Title 18, United States Code, Section 2422(a).

Upon conviction of the offense alleged in Count Three of this Indictment, **ALLBERT HERRERA MACHADO**, the defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(6)(A), Title 8, United States Code, Section 1324(b)(1), and Title 28, United States Code, Section 2461, any conveyance, including any vessel, vehicle, or aircraft, that has been or is being used in the commission of the violation, the gross proceeds of such violation, and any property traceable to such conveyance or proceeds.

If any of the above-described forfeitable property, because of any act or omission of any defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

*[signature]*

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

BENJAMIN M. ANDERSON
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

5/22/2024

DATE

5